**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **BEKA MAKHATADZE #A226-062-331** | **CASE NO. 1:26-CV-01754 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN WINN CORRECTIONAL CENTER** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 23] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Beka Makhatadze's Petition for Habeas Corpus [Doc. No. 1] is **GRANTED**: Respondents, and the Warden of Central Louisiana ICE Processing Center, shall (A) immediately release Petitioner from custody without bond, under reasonable conditions of supervision if necessary, and (B) notify Petitioner's counsel of the exact location and time of his release no less than two hours before his release.

**IT IS FURTHER ORDERED** that Respondents shall, within **24 hours** after Petitioner's release, file a status report confirming his release.

MONROE, LOUISIANA, this 2nd day of September, 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE